IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENE ARTAL GONZALEZ,<br><br>                Petitioner,<br><br>     vs.<br><br>WARDEN, NDCS Work Ethic Camp, in his official capacity; ALLEN GILL, in his official capacity as Field Office Director, ICE Omaha; ROB JEFFREYS, in his official capacity as Director of the Nebraska Department of Corrections; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>                Respondents. | 8:26CV90<br><br><br>ORDER |

       This matter is before the Court on Petitioner and the Federal Respondents'[1] Joint Stipulation of Dismissal. (Filing No. 6). As the parties note, this case is duplicative. The issues raised by the petition are "being briefed in a separate matter before this court," 8:26cv71. (Filing No. 6 at 1). Having considered the matter, the Court will accept the joint stipulation. Accordingly,

       **IT IS ORDERED** that this case is dismissed, with the parties to bear their own attorney's fees and costs.

       Dated this 5th day of March, 2026.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge

---

[1] The Federal Respondents are Allen Gill and the U.S. Department of Homeland Security. Counsel has not entered an appearance on behalf of respondents Warden and Director Jeffreys.